**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**GONZALEZ,**

       Plaintiff,

       - against -

**THERON, ET AL.,**

       Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/14/2020__

1:20-cv-03854-ALC
**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by January 5, 2021.

**SO ORDERED.**

Dated: New York, New York
       December 14, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge