UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ACACIA GONZALEZ,                                   :

        Plaintiff,                                :           ORDER

-against-                                                        :
                                                                 20 Civ. 3854 (ALC) (GWG)
                                                :

INGE THERON, et al.,                                :

        Defendants.                         :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the referral of this case to the mediation program, the conference scheduled for January 15, 2021, is cancelled. The parties shall file a letter on ECF within 7 days of the conclusion of the mediation reporting as to the status of this matter.

      SO ORDERED.

Dated: January 11, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge