# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

April 8, 2021

**VIA ECF**
The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Room 6B
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re:   *Acacia Gonzalez v. Facegym NY LLC, et al.*
      **Civ. No.: 20-cv-03854 (ALC) (GWG): Request to Adjourn**

Dear Judge Gorenstein:

The undersigned represents Plaintiff Acacia Gonzalez ("Plaintiff"), in the above-referenced matter. We write with Defendants' consent to respectfully request an adjournment of the pretrial conference currently scheduled for April 13, 2021, at 11:30 a.m. Plaintiff's counsel has a conflict on the currently scheduled date.

In accordance with Court's availability confirmed with the Clerk, we request the conference be adjourned to April 16, 2021, at 10:30 a.m.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

GODDARD LAW PLLC

/s/ Siobhan Klassen

By: Siobhan Klassen, Esq.

**Application granted.  Conference adjourned to Friday, April 16, 2021, at 10:30 a.m.  The same dial-in instructions apply.**

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
**April 8, 2021**

cc: All Counsel of Record (via ECF)