# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006
Office. 646.504.8363
Fax. 212.473.8705
Megan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

April 14, 2021

**VIA ECF**
The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Room 6B
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re:   *Acacia Gonzalez v. Facegym NY LLC, et al.*
      **Civ. No.: 20-cv-03854 (ALC) (GWG): Request to Adjourn**

Dear Judge Gorenstein:

The undersigned represents Plaintiff Acacia Gonzalez ("Plaintiff"), in the above-referenced matter. We write with Defendants' consent to respectfully request an adjournment of the pretrial conference currently scheduled for April 16, 2021, at 10:30 a.m.

Plaintiff's counsel would like to advise the Court that the parties have been engaged in extensive settlement discussions and believe a settlement may be reached soon. In accordance with the Court's availability confirmed with the Clerk, we request the conference be adjourned to May 5, 2021, at 10:30 a.m. or a date and time convenient to the Court.

We apologize to the Court for any inconvenience this request may cause and thank the Court for its time and attention to this matter.

**The conference is adjourned to May 5, 2021, at 10:30 a.m.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 14, 2021

Respectfully submitted,

GODDARD LAW PLLC

/s/ Megan S. Goddard
Megan S. Goddard, Esq.

cc: All Counsel of Record (via ECF)