# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006
Office. 646.504.8363
Fax. 212.473.8705
Megan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

April 29, 2021

**VIA ECF**
The Honorable Gabriel W. Gorenstein     **MEMORANDUM ENDORSEMENT**
United States District Court
Southern District of New York
500 Pearl Street, Room 6B
New York, New York 10007

   **Re:**  *Acacia Gonzalez v. Facegym NY LLC, et al.*
      **Civ. No.: 20-cv-03854 (ALC) (GWG): Request to Adjourn**

Dear Judge Gorenstein:

  The undersigned represents Plaintiff Acacia Gonzalez ("Plaintiff"), in the above-referenced matter. We write with Defendants' consent to respectfully request an adjournment of the pretrial conference currently scheduled for May 5, 2021, at 10:30 a.m because the Parties have a settlement in principle. This is Plaintiff's third request.

  In accordance with Court's availability confirmed with the Clerk, we request the conference be adjourned to June 10, 2021, at 10:30 a.m.

  We thank the Court for its time and attention to this matter.

**The conference is adjourned sine die. The application to Judge Carter to approve the settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), shall be filed by June 10, 2021.**

**So Ordered.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**April 30, 2021**

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Siobhan Klassen*
By: Siobhan Klassen, Esq.

cc: All Counsel of Record (via ECF)